**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF NORTH CAROLINA**

IN RE:                                                    )
                                                         )
                                                         )    CASE NO.  26-10021
                                                         )
Harvey Baker                                             )
                                                         )
        Debtor(s)                                        )    Chapter 13
                                                         )

## AFFIDAVIT OF SERVICE

The undersigned certifies that service of the Notice to Creditors and Proposed Plan was made on January 15, 2026, by:

(X) Mail Service:  Regular, First Class United States Mail, postage fully pre-paid, addressed to:

```
Coastal Federal Credit Union
Attn:  Officer or Managing Agent
1000 Saint Albans Dr
Raleigh, NC  27609

Lendmark Financial Services, LLC
Attn:  Officer or Managing Agent
1735 North Brown Rd Ste 300
Lawrenceville, GA  30043
```

( )  Certified Mail Service on an Insured Depository Institution:  By sending Notice to Creditors and Proposed Plan by certified mail addressed to the following officer of the institution at the address set out below. A supplement to this Affidavit with proof of delivery will be filed at a later date.

Under penalty of perjury, I declare that the foregoing is true and correct.

This 15th day of January, 2026

B. Peter Jarvis
S/ B. Peter Jarvis
Attorney for Debtor
Tennant & Jarvis, P.C.
Post Office Box 4585
Archdale, North Carolina 27263
Telephone: (336) 431-9155